UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PHILIPPE BARNES,

                              Plaintiff,                              23-CV-01326 (SN)

       -against-                                        **ORDER**

LONG ISLAND RAILROAD COMPANY,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the close of fact discovery, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

       Given the parties' consent to my jurisdiction, they may also request that the Court refer this matter to another magistrate judge for settlement purposes.

**SO ORDERED.**

                                                         SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      August 25, 2023
                 New York, New York