LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 705
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258
www.myrailroadlawyer.net
fredricmgold@verizon.net

<u>Via ECF</u>

February 21, 2024

Hon. Sarah Netburn, USMJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: Barnes v. LIRR
    <u>23 CV 1326(SN)</u>

Dear Judge Netburn:

The parties are pleased to report that they have now come to a settlement agreement in this matter and would request that a 30-day settlement order be issued by the Court.

Your time and attention is appreciated as we have worked towards this amicable resolution

Thank you for your time and attentions.

Respectfully,

Fredric M. Gold

cc: Christopher P. Yodice, Esq.  (Via ECF)
  LIRR Law Department

---

In light of the parties' settlement, it is ORDERED that this action is dismissed, provided, that within thirty (30) days of this Order, counsel for the Plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 18 and close this case.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: February 22, 2024
   New York, New York